IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 NOV 20  P 4:44

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 2:07cr300-CSC |
| ) | (18 U.S.C. 13 and Code of |
| GWENDOLYN J. JONES ) | Alabama, Sec. 13A-9-13.1) |
| ) | |
| ) | **INFORMATION** |
| ) | |

The United States Attorney charges:

### COUNT ONE

On or about the 24th day of January 2007, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, GWENDOLYN J. JONES negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 1084, dated 24 January 2007, made payable to the Army and Air Force Exchange Services in the amount of $300.00, drawn on the account of GWENDOLYN J. JONES, at MAX Credit Union, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

### COUNT TWO

On or about the 24th day of January 2007, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, GWENDOLYN J. JONES negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 1085, dated 24 January 2007, made payable to the Army and Air Force Exchange Services in the amount of $300.00, drawn on the account of GWENDOLYN J. JONES, at MAX Credit Union, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

### COUNT THREE

On or about the 25th day of January 2007, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, GWENDOLYN J. JONES negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 1086, dated 25 January 2007, made payable to the Army and Air Force Exchange Services in the amount of $300.00, drawn on the account of

GWENDOLYN J.JONES, at MAX Credit Union, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

## COUNT FOUR

On or about the 26th day of January 2007, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, GWENDOLYN J. JONES negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 1088, dated 26 January 2007, made payable to the Army and Air Force Exchange Services in the amount of $70.59, drawn on the account of GWENDOLYN J. JONES, at MAX Credit Union, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

## COUNT FIVE

On or about the 26th day of January 2007, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, GWENDOLYN J. JONES negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 1089, dated 26 January 2007, made payable to the Army and Air Force Exchange Services in the amount of $260.00, drawn on the account of GWENDOLYN J.JONES, at MAX Credit Union, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

## COUNT SIX

On or about the 28th day of January 2007, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, GWENDOLYN J. JONES negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 1091, dated 28 January 2007, made payable to the Army and Air Force Exchange Services in the amount of $120.00, drawn on the account of GWENDOLYN J. JONES, at MAX Credit Union, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

## COUNT SEVEN

On or about the 29th day of January 2007, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, GWENDOLYN J. JONES negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 1092, dated 29 January 2007, made payable to the Army and Air Force Exchange Services in the amount of $200.00, drawn on the account of GWENDOLYN J. JONES, at MAX Credit Union, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

## COUNT EIGHT

On or about the 29th day of January 2007, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, GWENDOLYN J. JONES negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 1093, dated 29 January 2007, made payable to the Army and Air Force Exchange Services in the amount of $100.00, drawn on the account of GWENDOLYN J. JONES, at MAX Credit Union, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

## COUNT NINE

On or about the 30th day of January 2007, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, GWENDOLYN J. JONES negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 1096, dated 30 January 2007, made payable to the Army and Air Force Exchange Services in the amount of $220.00, drawn on the account of GWENDOLYN J. JONES, at MAX Credit Union, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

LEURA CANARY
United States Attorney

_/s/ Kent Brunson_
KENT BRUNSON
Assistant United States Attorney
P. O Box 197
Montgomery, AL 36101-0197
Telephone: 334-223-7280
Fax: 334-223-7135

_/s/_
REESE H. HAYS III
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786
Fax: 334-953-2787

| | |
|---|---|
| **STATE OF ALABAMA** ) | |
| ) | **AFFIDAVIT** |
| **COUNTY OF MONTGOMERY** ) | |

The undersigned, being first duly sworn, deposes and says:

    I, ROBERT G. SMITH, was employed by the Army Air Force Exchange Service (AAFES) at Maxwell Air Force Base as a store detective. I am currently assigned at Barksdale Air Force Base in Louisiana. On 25 September 2006, I notified the Air Force Office of Special Investigations that GWENDOLYN J. JONES had written ten insufficient funds checks at the AAFES Base Exchange located on Maxwell AFB, Alabama. The following checks were returned for insufficient funds:

    1. Check No. 1084, made payable to the Army Air Force Exchange Services, dated 24 January 2007, in the amount of $300.00, signed by GWENDOLYN J. JONES.

    2. Check No. 1085, made payable to the Army Air Force Exchange Services, dated 24 January 2007, in the amount of $300.00, signed by GWENDOLYN J. JONES.

    3. Check No. 1086, made payable to the Army Air Force Exchange Services, dated 25January 2007, in the amount of $300.00, signed by GWENDOLYN J. JONES.

    4. Check No. 1088, made payable to the Army Air Force Exchange Services, dated 26 January 2007, in the amount of $70.59, signed by GWENDOLYN J. JONES.

    5. Check No. 1089 made payable to the Army Air Force Exchange Services, dated 26 January 2007, in the amount of $260.00, signed by GWENDOLYN J. JONES.

    6. Check No. 1091, made payable to the Army Air Force Exchange Services, dated 28 January 2007, in the amount of $120.00, signed by GWENDOLYN J. JONES.

    7. Check No. 1092, made payable to the Army Air Force Exchange Services, dated 29 January 2007, in the amount of $200.00, signed by GWENDOLYN J. JONES.

    8. Check No. 1093, made payable to the Army Air Force Exchange Services, dated 29 January 2007, in the amount of $100.00, signed by GWENDOLYN J. JONES.

    9. Check No. 1096, made payable to the Army Air Force Exchange Services, dated 30 January 2007, in the amount of $220.00, signed by GWENDOLYN J. JONES.

The total amount of the checks, including the insufficient funds check fees, written by GWENDOLYN J. JONES from 24 January 2007 through 30 January 2007 was $2095.59.

_____
ROBERT G. SMITH

Subscribed and sworn to before me this 6th day of November, 2007.

_____
Notary Public

AUDREY FAYE GRIFFIN
Notary Public
STATE OF ALABAMA

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS