IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO.: 2:07-CR-300-CSC |
| | ) | |
| GWENDOLYN J. JONES | ) | |

**ORDER**

For good cause, it is

**ORDERED** that the arraignment hearing previously set for January 8, 2008 be and is hereby **CONTINUED** to **March 11, 2008, at 10:00 a.m.**, **in courtroom 5-B**, before U.S. Magistrate Judge Susan R. Walker, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama..

Done this 10th day of January, 2008.

        /s/Charles S. Coody
       CHARLES S. COODY
       CHIEF UNITED STATES MAGISTRATE JUDGE