IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED
NORTHERN DIVISION

2008 MAR -4  A 11: 05

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DOCKET NO. 2:07CR300-CSC

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

GWENDOLYN J. JONES,

      Defendant.

## CONSENT TO TRANSFER OF CASE FOR PLEA AND SENTENCE (UNDER RULE 20)

I, Gwendolyn J. Jones, Defendant, have been informed that a Bill of Information is pending

against me in the above designated cause. I wish to plead guilty to the offense charged, to consent

to the disposition of the case in the Western District of North Carolina, in which I reside, and to

waive trial in the above captioned district.

Dated: *15 Feb 2008*  at _____

_____
GWENDOLYN J. JONES
Defendant

_____
WITNESS

_____
STEVEN SLAWINSKI
(Counsel for Defendant)

Approved:

LEURA CANARY
United States Attorney for the Northern
District of Alabama

GRETCHEN C.F. SHAPPERT
United States Attorney for the Western District
of North Carolina